NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM C. WILSON, | ) | No. C 07-1337 JF (PR) |
| Petitioner, | ) | |
| | ) | ORDER OF TRANSFER |
| vs. | ) | |
| | ) | |
| M.S. EVANS, Warden, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, seeks a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2003 criminal conviction in the Solano Superior Court in Fairfield, California. Petitioner has paid the filing fee.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

\\\

\\\

1   Accordingly, this case is TRANSFERRED to the United States District Court for
2   the Eastern District of California.  See 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-
3   3(b)(1).  The Clerk shall terminate any pending motions and transfer the entire file to the
4   Eastern District of California.
5   IT IS SO ORDERED.
6   DATED: __7/30/07_____
            _____
7           JEREMY FOGEL
            United States District Judge

1  A copy of this ruling was mailed to the following:

3  William C. Wilson
   T-79433
4  Salinas Valley State Prison
   P.O. Box 1050
5  Soledad, CA  93960-1050