IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. WILSON, | No. CIV S-08-2631-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M.S. EVANS, Warden, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are: (1) petitioner's request for appointment of counsel (Doc. 21); and (2) petitioner's request for an extension of time (Doc. 22).

      There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel. Further requests for the appointment of counsel will not be considered.

Petitioner seeks an extension of time to April 13, 2009, to file a traverse. Good cause appearing therefor, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel (Doc. 21) is denied;
2. Petitioner's request for an extension of time (Doc. 22) is granted; and
3. Petitioner may file a traverse by April 13, 2009.

DATED: February 17, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE