# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM C. WILSON,                    No. CIV S-08-2631-WBS-CMK-P

        Petitioner,

    vs.                                   <u>ORDER</u>

M.S. EVANS, Warden,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for leave to file a supplemental petition (Doc. 24). In his motion, petitioner states that he ". . . has become aware of issues relevant to the current legal claims presented in the original habeas petition, in that the additional grounds for relief he seeks to submit is of constitutional merit. . . ." In the supporting declaration, petitioner asks that he be permitted to ". . , file the appropriate motions to the state courts and exhaust all of my remedies." Based on these statements, it appears that petitioner seeks to file an amended petition which raises unexhausted claims not raised in the original petition. It also appears that petitioner may be seeking a stay-and-abeyance order in order to return to state court and exhaust these newly raised unexhausted claims.

Petitioner has not, however, submitted a proposed amended petition.  Therefore, it is impossible to accurately assess petitioner's instant request.  The motion is denied without prejudice to renewal within 30 days, accompanied by a proposed amended petition and, if appropriate, a request to stay these proceedings and hold consideration of the federal petition in abeyance pending exhaustion in state court.  If petitioner files such requests, respondent is directed to file a response within 30 days after petitioner's motion is filed.  If petitioner does not file such requests within the time permitted by this order, this matter shall stand submitted on the current file.

IT IS SO ORDERED.


 DATED:  March 25, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE