IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. WILSON, | No. CIV S-08-2631-WBS-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M.S. EVANS, Warden, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's second motion for leave to file a supplemental petition (Doc. 27). It appears that plaintiff seeks leave of court to file an amended petition which raises unexhausted claims not raised in the original petition. It also appears that petitioner may be seeking a stay-and-abeyance order in order to return to state court and exhaust these newly raised unexhausted claims. His first such request was denied on March 26, 2009 (see order at Doc. 26) without prejudice to renewal within 30 days accompanied by a proposed amended petition and, if appropriate, a motion for a stay-and-abeyance order. Petitioner's current motion is not accompanied by a proposed amended petition or any motion for a stay-and-abeyance order. By this order, petitioner will be granted additional

time to file a renewed motion with proposed amended petition and, if appropriate, a motion for a stay-and-abeyance order.  Such filing is due within 30 days of the date of this order.  If petitioner files such requests, respondent is directed to file a response within 30 days after petitioner's motion is filed.  If petitioner does not file such requests within the time permitted by this order, this matter shall stand submitted on the current file and the court will not entertain any further requests to amend.

IT IS SO ORDERED.

DATED: April 14, 2009

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE